PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

J. DAVID BOURNAZIAN, ESQ. (*Pro Hac Vice*)
California Bar No. 186194
DANIEL M. GLASSMAN, ESQ. (*Pro Hac Vice*)
California Bar No. 179302
K&L Gates LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel: 949 623-3589
david.bournazian@klgates.com
dan.glassman@klgates.com

Attorneys for Plaintiff DANIEL BRIGGS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BRIGGS, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>MATTHEW RODGERS, an individual; JODY RODGERS, an individual; and THE JODY T. RODGERS REVOCABLE TRUST dated December 13, 2013, a New Hampshire revocable trust, by and through its trustee, JODY RODGERS,<br><br>                Defendants. | No. 2:21-cv-02140-JCM-DJA<br><br>Hon. James C. Mahan<br><br>**STIPULATION AND ORDER FOR PROCESS TO DISMISS CASE AND ARBITRATION WITHOUT PREJUDICE** |

505581524.1

1

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Daniel Briggs ("Plaintiff" or "Briggs") and defendants Matthew Rodgers, Jody Rodgers, and The Jody T. Rodgers Revocable Trust (by and through its trustee Jody Rodgers) (collectively, the "Defendants" or "Rodgers"), by and through their attorneys (collectively all referred to as the "Parties"), that:

WHEREAS, on April 22, 2021, Defendants named Plaintiff and over twenty other entities and individuals, including, but not limited to, Plus Minus Power, LLC ("Plus Minus"), as respondents in the AAA Arbitration captioned *Rodgers, et. al. v. Pegasus Group Holdings, LLC, et al.*, AAA Case No.: 01-21-0003-5444 (the "Arbitration");

WHEREAS, on December 2, 2021, Plaintiff filed the present action against Defendants asserting causes of action for declaratory and injunctive relief based on Plaintiff's assertion that he was not a proper party to the Arbitration (the "Federal Action");

WHEREAS, Defendants have not appeared or filed a pleading in the Federal Action;

WHEREAS, Defendants have agreed to dismiss the Arbitration without prejudice as against Plaintiff and Plus Minus by no later than March 11, 2022, and ensure the dismissal is accepted in the Arbitration by the panel;

WHEREAS, Plaintiff has agreed to dismiss the Federal Action without prejudice within four (4) days of Defendants' dismissal of the Arbitration, by March 15, 2022, and ensure the dismissal is accepted by the Court;

WHEREAS, the Parties reserve all claims and defenses against each other;

WHEREAS, Defendants reserve their rights to assert that any disputes regarding subject matter and personal jurisdiction and/or any potential future action between the Parties will be adjudicated in the AAA; and,

WHEREAS, Mr. Briggs reserves his rights to assert that any disputes regarding the subject matter of this Stipulation and/or any potential future action between the Parties will be adjudicated in the United States District Court, District of Nevada; and,

WHEREAS, the attached Order shall be binding on the Parties.

/ / /

IT IS SO STIPULATED AND AGREED, AND AN ORDER SHALL BE ENTERED HEREON:

Dated: March 10, 2022                               K&L GATES LLP

By: *(signature)*
J. David Bournazian
Daniel M. Glassman
Attorneys for Plaintiff DANIEL BRIGGS

Dated: March 10, 2022                               GALBUT BEABEAU

By: *(signature)*
Oliver A. Beabeau
Attorneys for Defendants
MATTHEW RODGERS, JODY
RODGERS and THE JODY T.
RODGERS REVOCABLE TRUST

## ORDER

THIS MATTER having come before the undersigned Court upon STIPULATION of the parties, IT IS HEREBY ORDERED:

1. Matthew Rodgers, Jody Rodgers, and The Jody T. Rodgers Revocable Trust (by and through its trustee Jody Rodgers) (collectively, the "Defendants" or "Rodgers") shall dismiss without prejudice the AAA Arbitration captioned *Rodgers, et. al. v. Pegasus Group Holdings, LLC, et al.*, AAA Case No.: 01-21-0003-5444 (the "Arbitration") as to plaintiff Daniel Briggs ("Plaintiff" or "Briggs") and Plus Minus Power, LLC by March 11, 2022, and ensure the dismissal is accepted in the Arbitration by the panel; and,

2. Plaintiff shall dismiss this action without prejudice within four (4) days of Defendants' dismissal of the Arbitration, by March 15, 2022, and ensure the dismissal is accepted by the Court.

Dated: March 14, 2022

*(signature)*
The Honorable James C. Mahan
United States District Judge